**Opinion issued August 15, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00315-CV

————————————

**PETROLEUM PRODUCTS & SERVICES, INC. D/B/A WELLHEAD DISTRIBUTORS INTERNATIONAL AND TIVA TECHNOLOGIES, LLC,**
**Appellants**

**V.**

**JIANGSU JINSHI MACHINERY GROUP CO. LTD., JMP PETROLEUM TECHNOLOGIES, INC., GUANYUAN (ROBERT) XIONG AND DOES 1-8,**
**Appellees**

———————————————————————————————————

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-29436**

———————————————————————————————————

## MEMORANDUM OPINION

Appellants Petroleum Products & Services, Inc. d/b/a WellHead Distributors

International and Tiva Technologies, LLC have filed a motion to dismiss this appeal

because the parties have settled their differences.  Appellants indicate in their motion that appellees are unopposed to dismissal.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.